UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARRY KORCSMAROS,

    Plaintiff,

v.                                  Case No: 8:16-cv-2399-T-36AAS

UNITED RECEIVABLES GROUP, LLC,

    Defendant.
_____/

## ORDER

The Court has been advised by the Notice of Settlement and Motion for Administrative Closure of Case (Doc. 30) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED**

1. Plaintiff's Motion for Administrative Closure of Case is **GRANTED in part** (Doc. 30)**.**

2. This cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>ninety (90) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 90-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on July 6, 2017.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record